UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT OF                CIVIL ACTION
BERTUCCI CONTRACTING CO., LLC as
Owners and/or operators of the M/V JULIE          NO.  11-1328
MARIE and owner *pro hac vice* of Barges GD 954
and GD 20102                                      SECTION "K"(5)

ORDER AND OPINION

Before the Court are the "Motion to Extend Monition Period" filed on behalf of Carol Steele, Ronald Steele, Robin Palmisano, Donita Schladweiler, Jerry Faulkner, and Allen Coulon (Doc. 9), scheduled for hearing on August 24, 2011 and the "Motion for Order for Expedited Hearing" filed on behalf of Carol Steele, Ronald Steele, Robin Palmisano, Donita Schladweiler, Jerry Faulkner, and Allen Coulon (Doc. 10)[1] seeking a hearing prior to August 15, 2011, the deadline established by the Court as the last date to file claims in the captioned case, on the "Motion to Extend Monition Period." The Court is aware of Bertucci Contracting Co., LLC's (Bertucci's) opposition to the Motion to Extend the Monition Period as well as the basis for Bertucci's opposition.

No hearing on the "Motion to Extend Monition Period" is necessary. Therefore, the Court denies motion for expedited hearing (Doc. 10). Having considered the motion and Bertucci's opposition to that motion, the Court finds that cause exists to grant, in part, the "Motion to Extend Monition Period." All persons having a claim for any loss, destruction, or damage arising out of the allision between the M/V JULIE MARIE, the barges GD 954 and GD 20102, and the Kerner Bridge

---

[1] Movants are claimants in the captioned suit and have filed a separate suit, *Carol Steele, et al v. Bertucci Contracting Co., LLC*, C.A. 11-1357 (E.D. La.) seeking damages against Bertucci Contracting Co., LLC for damages arising from the allision which is the subject of the captioned suit.

which occurred on May 31, 2011 at approximately 10:00 a.m., must file their respective claim, as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 and must serve a copy thereof on counsel for Bertucci Contracting Co., LLC on or before **October 1, 2011**.

New Orleans, Louisiana, this 9th day of August, 2011.

STANWOOD R. DUVAL, JR.